IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ALMA M. FULTON,

        Plaintiff,

v.                          CIVIL ACTION NO. 5:04-0483

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying order affirming the final decision of the Commissioner, the court **ORDERS** that judgment be entered in favor of the defendant and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                  ENTER:     May 5, 2005

*[Signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE